**Dismiss and Opinion Filed September 9, 2022**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-21-00928-CV
_____

**VALET LIVING, LLC AND VALET PARENT, INC.
D/B/A VALET WASTE HOLDINGS, INC., Appellants
V.
JASMINE AMBER MITCHELL, Appellee**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-09789**

## MEMORANDUM OPINION
Before Justices Schenck, Osborne, and Smith
Opinion by Justice Osborne

By motion filed September 6, 2022, appellants informed the Court that the parties have settled their dispute. Appellants move to dismiss the appeal, advising the Court that dismissal will not prevent any party from seeking relief to which it would otherwise be entitled because appellee has not noticed a cross-appeal. *See* TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal. *See id.*

/Leslie Osborne//

210928f.p05
LESLIE OSBORNE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VALET LIVING, LLC AND
VALET PARENT, INC. D/B/A
VALET WASTE HOLDINGS, INC.,
Appellants

No. 05-21-00928-CV      V.

JASMINE AMBER MITCHELL,
Appellee

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-09789.
Opinion delivered by Justice
Osborne. Justices Schenck and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, we **ORDER** that appellee Jasmine Amber Mitchell recover her costs, if any, of this appeal from appellants Valet Living, LLC and Valet Parent, Inc. d/b/a Valet Waste Holdings, Inc.

Judgment entered this 9th day of September, 2022.